IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXCOM GULF DISPOSAL, LLC,   § | | |
|     Plaintiff,   § | | |
| § | | |
| v.   § | | CIVIL ACTION NO. H-13-2789 |
| § | | |
| MONTGOMERY COUNTY, TEXAS,   § | | |
| *et al.*,   § | | |
|     Defendants.   § | | |

## FINAL ORDER OF DISMISSAL

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Defendants' Motions to Dismiss [Docs. # 34 and # 35] are **GRANTED** and the federal claims are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the state law claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c).

Taxable costs are assessed against Plaintiff. This is a final, appealable order.

SIGNED at Houston, Texas, this **27th** day of **June, 2014**.

*[Signature: Nancy F. Atlas]*

Nancy F. Atlas
United States District Judge