IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXCOM GULF DISPOSAL LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13-cv-02789 |
| | § | |
| MONTGOMERY COUNTY, TEXAS, | § | |
| ALAN SADLER, MIKE MEADOR, | § | |
| CRAIG DOYAL, JAMES NOACK, | § | |
| ED CHANCE and ED RINEHART | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF TEXCOM GULF DISPOSAL'S NOTICE OF APPEAL

Notice is hereby given that Texcom Gulf Disposal ("Texcom"), plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on June 27, 2014 (Dkt. 48), and from the order denying Texcom's Rule 59(e) Motion for Reconsideration of the Court's June 27, 2014 Memorandum and Order, that was entered on October 9, 2014 (Dkt. 59).

Dated: November 7, 2014

Respectfully submitted,

BRACEWELL & GIULIANI LLP

 /s/ Christopher L. Dodson
Christopher L. Dodson
*Attorney-In-Charge*
Texas State Bar No. 24050519
S.D. Tex. Bar. No. 613937
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: 713.221.1373
Facsimile: 713.221.2103
Email: chris.dodson@bgllp.com

OF COUNSEL:

John A. Riley
Texas State Bar No. 16927900
S.D. Tex. Bar No. 1494208
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: 512.542.2108
Facsimile: 800.404.3970
Email: john.riley@bgllp.com

Andrew Zeve
Texas State Bar No. 24042209
S.D. Tex. No. 570754
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: 713.221.1166
Facsimile: 713.473.5383
Email: andrew.zeve@bgllp.com

ATTORNEYS FOR PLAINTIFF
TEXCOM GULF DISPOSAL, LLC

-3-

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing instrument was delivered to all counsel of record by electronic filing in accordance with the Federal Rules of Civil Procedure on the 7th day of November, 2014.

                                             /s/ *Christopher L. Dodson*
                                             Christopher L. Dodson

#4743368.2